1014

No. 98–9682. THOMAS v. CALDERA, SECRETARY OF THE ARMY, *ante*, p. 846;

No. 98–9980. FRANKLIN v. BILBRAY ET AL.; and FRANKLIN v. UNITED STATES, *ante*, p. 863;

No. 99–152. POLYAK v. BURSON ET AL., *ante*, p. 875;

No. 99–225. EELLS v. DIRNFELD & ZELNER ET AL., *ante*, p. 878;

No. 99–421. FERMIN, AND ON BEHALF OF THE ESTATE OF FERMIN v. UNITED STATES, *ante*, p. 933;

No. 99–5020. ROY v. BRIGANO, WARDEN, *ante*, p. 881;

No. 99–5500. BROOKS v. BUNCH ET AL., *ante*, p. 908;

No. 99–5537. VALDES v. UNITED STATES, *ante*, p. 910;

No. 99–5538. LEE v. UNITED STATES, *ante*, p. 910;

No. 99–5605. WELDON v. EVERETT, WARDEN, *ante*, p. 912;

No. 99–5717. TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, *ante*, p. 915;

No. 99–5718. TYLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, *ante*, p. 915;

No. 99–5732. RUCKER v. HENDERSON, POSTMASTER GENERAL, *ante*, p. 916;

No. 99–5816. JENNINGS v. UNITED STATES, *ante*, p. 918; and

No. 99–6117. LANGWORTHY v. DEAN ET AL., *ante*, p. 945. Petitions for rehearing denied.

NOVEMBER 18, 1999

No. 99–494. CHEVRON · U. S. A. INC. (FORMERLY GULF OIL CORP.) v. OXY USA INC. (FORMERLY CITIES SERVICE CO.). Sup. Ct. Okla. Certiorari dismissed under this Court's Rule 46.1. ■

No. 99–7065 (99A421). IN RE BROWN, AKA MUHAMMED. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–6841 (99A364). BROWN, AKA MUHAMMED v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Moore County, N. C.